MEYER LICHTENSTEIN, Respondent, *v.* HARRY RABOLINSKY, Appellant.

*Lichtenstein* v. *Rabolinsky*, 98 App. Div. 516, affirmed.
(Argued January 22, 1906; decided February 6, 1906.)

APPEAL from a judgment entered in favor of plaintiff December 29, 1904, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which reversed an order of the court at a Trial Term granting a motion for a new trial after a verdict in favor of plaintiff and directed judgment on the verdict.

*Maulsby Kimball* for appellant.

*August Becker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.